In re HUBBELL. (Supreme Court, Appellate Division, First Department. October 24, 1913.) In the matter of Charles L. Hubbell. No opinion. Proceeding dismissed. Settle order on notice.

---

HUDLER, Appellant, v. HUDLER, Respondent. (Supreme Court, Appellate Division, Third Department. November 12, 1913.) Action by Dora Gulnack Hudler against Davis Winne Hudler. No opinion. Order unanimously affirmed, with costs.

---

HUDSON MORTGAGE CO. v. JOHN E. OLSON CONST. CO. et al. (Supreme Court, Appellate Division, First Department. October 17, 1913.) Action by the Hudson Mortgage Company against the John E. Olson Construction Company and others. No opinion. Motion to dismiss appeal granted. Order filed.

---

HUDSON NAVIGATION CO., Appellant, v. OLCOTT, Respondent. (Supreme Court, Appellate Division, First Department. November 14, 1913.) Action by the Hudson Navigation Company against Eben E. Olcott. A. B. Siegel, of New York City, for appellant. W. M. K. Olcott, of New York City, for respondent.

PER CURIAM. Order (81 Misc. Rep. 464, 142 N. Y. Supp. 613) affirmed, with $10 costs and disbursements, on the ground that a temporary injunction at this time is not necessary; the question as to the right of the defendant to the exclusive use of the pier to be reserved until the trial. Order filed.

---

HUGHES, Appellant, v. STOUTENBRUGH et al., Respondents. (Supreme Court, Appellate Division, First Department. October 17, 1913.) Action by John H. Hughes against John H. Stoutenbrugh, as trustee, etc., and others. W. E. Godfrey, of New York City, for appellant. E. H. Daly, M. J. Driscoll, and J. E. Donnelly, all of New York City, for respondents. No opinion. Order reversed, and motion granted, upon payment by plaintiff of $10 costs to each of the defendants who appeared separately in the court below and opposed the motion. Settle order on notice.

---

HURD, Appellant, v. BALDWIN, Respondent. (Supreme Court, Appellate Division, Fourth Department. July 8, 1913.) Action by Reverdy L. Hurd, as trustee, etc., against Anah A. Baldwin. No opinion. Judgment affirmed, with costs.

---

HURD, Appellant, v. BALDWIN et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. July 8, 1913.) Action by Reverdy L. Hurd, as trustee, etc., against Anah A. Baldwin and another. No opinion. Judgment affirmed, with costs.

---

HYAMS, Appellant, v. HYAMS, Respondent. (Supreme Court, Appellate Division, First Department. October 17, 1913.) Action by Beatrice Hyams against Joseph N. Hyams. C. J. Lane, of New York City, for appellant. A. G. Meyer, of New York City, for respondent. No opinion. Motion to dismiss appeal granted, without costs. Order filed. See, also, 143 N. Y. Supp. 1123.

---

HYAMS, Appellant, v. HYAMS, Respondent. (Supreme Court, Appellate Division, First Department. October 17, 1913.) Action by Beatrice Hyams against Joseph N. Hyams. No opinion. Order modified, as directed in opinion, and, as modified, affirmed, with $10 costs and disbursements to the appellant. Opinion per curiam. Settle order on notice. See, also, 143 N. Y. Supp. 1123.

---

INNOVATION INGENUITIES, Inc., Appellant, v. NEW YORK TIMES CO., Respondent. (Supreme Court, Appellate Division, First Department. October 31, 1913.) Action by the Innovation Ingenuities, Incorporated, against the New York Times Company. A. K. Stricker, of New York City, for appellant. H. Nathan, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements, with leave to plaintiff to serve amended complaint, on payment of costs in this court and in the court below. Order filed.

---

ISRAEL, Respondent, v. ISRAEL, Appellant. (Supreme Court, Appellate Division, First Department. October 17, 1913.) Action by Kate Israel against David Israel. A. S. Gilbert, of New York City, for appellant. J. J. Corn, of New York City, for respondent. No opinion. Order modified, by reducing alimony to $75 per week and counsel fee to $250, and, as modified, affirmed, without costs. Order filed.

---

JAMES, Respondent, v. McMAHON, Appellant. (Supreme Court, Appellate Division, Second Department. October 24, 1913.) Action by Frank H. James against John J. McMahon. No opinion. Order reversed, with $10 costs and disbursements, and motion for receiver denied, without costs, upon the ground that the appointment should not be made upon the facts shown.

---

JAMES, Respondent, v. THOMAS CRIMMINS CONTRACTING CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 1, 1913.) Action by George James, as administrator, etc., against the Thomas Crimmins Contracting Company. No opinion. Judgment and order affirmed, with costs.

---

JAROS, Respondent, v. NEW YORK MILLS, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 15, 1913.) Action by Michael Jaros against the New York Mills. No opinion. Judgment and order affirmed, with costs.

---

In re JOHNSON. (Supreme Court, Appellate Division, Fourth Department. October 1, 1913.)